# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) TIANA STANLEY,

       Plaintiff,

v.

(1) HENRY NENIEBARI WIFA; and
(2) HALLIBURTON ENERGY
    SERVICES, an Oklahoma Corporation

       Defendants.

Case No. CV-22-159-F

## NOTICE OF REMOVAL

Defendants, Henry Neniebari Wifa and Halliburton Energy Services, Inc., by and through counsel, hereby file their Notice of Removal. In support, Defendants show the following grounds for removal:

1.    Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446 and LCvR 81.2, the Defendants remove this action from the District Court of McClain County, styled *Tiana Stanley, Plaintiff, v. Henry Neniebari Wifa and Halliburton Energy Services, Defendants*, Case No. CJ-2021-139.

### A.    DIVERSITY OF THE PARTIES

2.    Plaintiff, Tina Stanley, is a resident and citizen of and domiciled in the State of Oklahoma. [Exh. 1, Official Traffic Collision Report, *See also* Plaintiff's Petition, ¶2].

3.    Defendant, Henry Neniebari Wifa, is a resident and citizen of and domiciled in the State of Texas. [Exh. 1].

4. Defendant, Halliburton Energy Services, Inc., improperly identified in the Petition as "Halliburton Energy Services, an Oklahoma corporation," is a corporation with its primary place of business and headquarters in Texas and incorporated under the laws of the State of Delaware.

**B.    VENUE**

5. Venue is proper in this Court for purposes of removal. Plaintiff brought this action in the District Court of McClain County, Oklahoma – located in the federal judicial district for the Western District of Oklahoma. 28 U.S.C. § 116(c). Consequently, venue is proper because this Court is the federal "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**C.    AMOUNT IN CONTROVERSY**

6. Plaintiff, Tiana Stanley, seeks judgment against Defendants for damages in excess of $75,000.00. [Exh. 2, Petition, ¶ 6]. Therefore, the amount in controversy exceeds $75,000.00. *See* 28 U.S.C. § 1446(c)(2).

**D.    TIMELINESS OF REMOVAL**

7. Defendant Wifa received service of Plaintiff's Petition and Summons on or about February 7, 2022. Therefore, Wifa timely files this Notice of Removal within 30 days after service of summons upon him pursuant to 28 U.S.C. § 1446(b).

8. Defendant Halliburton received service of Plaintiff's Petition and Summons on February 14, 2022. Therefore, Halliburton timely files this Notice of Removal within 30 days after service of summons upon it pursuant to 28 U.S.C. § 1446(b).

### E.     MISCELLANEOUS

9.     Pursuant to 28 U.S.C. § 1446(a), copies "of all process, pleadings and orders served upon" the Defendants in the aforementioned state action are identified and attached as follows: Petition filed August 20, 2021 [Exh. 2]; Summons issued to Henry Wifa [Ex. 3]; and Summons issued to Halliburton [Exh. 4].

10.    Pursuant to LCvR81.2(a), a copy of the state court docket sheet is attached hereto [Exh. 5].

11.    Pursuant to LCvR81.1, jury trial is hereby demanded.

12.    Defendants will promptly give written notice of the filing of this Notice of Removal to Plaintiff's counsel and file a copy of the Notice of Removal with the Court Clerk for McClain County, Oklahoma, as required.

13.    In the event the Court identifies a defect in Defendants' Notice of Removal, Defendants respectfully requests the Court grant them leave to amend this Notice to cure the defect. *See Hendrix v. New Amsterdam Cas. Co.*, 390 F.2d 299 (10th Cir. 1968).

    Respectfully submitted,

    *s/ Hailey M. Hopper*
    Gerald P. Green, OBA #3563
    Hailey M. Hopper, OBA # 31093
    Charles A. Schreck, OBA #32863
    PIERCE COUCH HENDRICKSON
     BAYSINGER & GREEN, LLP
    P.O. Box 26350
    Oklahoma City, Oklahoma 73126
    Telephone:   405-235-1611
    Facsimile :   405-235-2904
    jgreen@piercecouch.com
    hhopper@piercecouch.com
    cschreck@piercecouch.com

*Attorneys for Defendants*
*Halliburton Energy Services and*
*Henry Neniebari Wifa*

## **CERTIFICATE OF SERVICE**

This is to certify that on February 23, 2022, I electronically transmitted the above document to the Clerk of the Court using the ECF System for filing, and also mailed a copy via electronic mail to counsel shown below. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following registrants:

G. Thorne Stallings, Jr.
Stallings Law Offices
Blanchard Professional Building, Suite 3
1019 North Council
P.O. Box 1370
Blanchard, Oklahoma 73010
t.stallings@stallingsatty.com

-and-

Lysbeth L. George
Law Office of Liz George, PLLC
Blanchard Professional Building, Suite 3
1019 North Council
P.O. Box 1370
Blanchard, Oklahoma 73010
liz@georgelawok.com
*Attorneys for Plaintiff*

        *s/Hailey M. Hopper*
        Hailey M. Hopper