IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIANA STANLEY, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>HENRY NENIEBARI WIFA and )<br>HALLIBURTON ENERGY SERVICES, )<br>INC., )<br>)<br>      Defendants. ) | Case No. CIV-22-159-F |

## VERDICT FORM

We, the jury, duly empaneled and sworn in the above-entitled cause, find as follows:

PLEASE ANSWER THE QUESTION IN **PART A**.

**PART A.**

**MS. STANLEY'S NEGLIGENCE CLAIM AGAINST MR. WIFA AND HALLIBURTON**

On plaintiff Tiana Stanley's negligence claim against defendants Henry Wifa and Halliburton Energy Services Inc., do you find that plaintiff has proven each essential element of her claim by the greater weight of the evidence?

Yes     ☑ 

No     ☐

IF YOU HAVE ANSWERED "YES" TO THIS QUESTION, YOU HAVE RENDERED A VERDICT IN FAVOR OF MS. STANLEY ON THE NEGLIGENCE CLAIM AGAINST MR.

WIFA AND HALLIBURTON.  PLEASE PROCEED TO PART B AND ANSWER THE QUESTION IN PART B.

IF YOU HAVE ANSWERED "NO" TO THIS QUESTION, YOU HAVE RENDERED A VERDICT IN FAVOR OF MR. WIFA AND HALLIBURTON ON THE NEGLIGENCE CLAIM, RESULTING ALSO IN A VERDICT IN FAVOR OF HALLIBURTON ON THE NEGLIGENT ENTRUSTMENT CLAIM.  NO OTHER QUESTIONS IN THIS VERDICT FORM NEED TO BE ANSWERED.  PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THE VERDICT FORM BECAUSE YOUR DELIBERATIONS ARE COMPLETED.

PART B.  (**ANSWER THIS QUESTION ONLY IF YOU HAVE ANSWERED "YES" TO THE QUESTION IN PART A.)

MS. STANLEY'S NEGLIGENT ENTRUSTMENT CLAIM AGAINST HALLIBURTON

On plaintiff, Tiana Stanley's negligent entrustment claim against defendant Halliburton Energy Services, Inc., do you find that plaintiff has proven each essential element of her claim by the greater weight of the evidence?



Yes     ☒

No      ☐

IF YOU HAVE ANSWERED "YES" TO THIS QUESTION, YOU HAVE RENDERED A VERDICT IN FAVOR OF MS. STANLEY ON THE NEGLIGENT ENTRUSTMENT CLAIM AGAINST HALLIBURTON.  PLEASE PROCEED TO PART D AND ANSWER THE QUESTION REGARDING MR. WIFA'S AND HALLIBURTON'S AFFIRMATIVE DEFENSES OF COMPARATIVE NEGLIGENCE TO MS. STANLEY'S NEGLIGENCE CLAIM AND HER NEGLIGENT ENTRUSTMENT CLAIM.

IF YOU HAVE ANSWERED "NO" TO THIS QUESTION, YOU HAVE RENDERED A VERDICT IN FAVOR OF HALLIBURTON ON MS. STANLEY'S NEGLIGENT

ENTRUSTMENT CLAIM. PLEASE PROCEED TO <u>PART C</u> AND ANSWER THE QUESTION REGARDING MR. WIFA AND HALLIBURTON'S AFFIRMATIVE DEFENSE OF COMPARATIVE NEGLIGENCE TO MS. STANLEY'S NEGLIGENCE CLAIM.

<u>PART C</u>. (\*\*ANSWER THIS QUESTION <u>ONLY</u> IF YOU HAVE ANSWERED "YES" TO THE QUESTION IN <u>PART A</u> AND ANSWERED "NO" TO THE QUESTION IN <u>PART B</u>.)

<u>MR. WIFA AND HALLIBURTON'S AFFIRMATIVE DEFENSE OF COMPARATIVE NEGLIGENCE TO MS. STANLEY'S NEGLIGENCE CLAIM</u>

Having found plaintiff Tiana Stanley has proven each essential element of her negligence claim, do you find that defendants Henry Wifa and Halliburton Energy Services, Inc. have proven that plaintiff was contributorily negligent in the operation of her automobile by the greater weight of the evidence?

Yes ☐

No ☐

IF YOU HAVE ANSWERED "YES" TO THIS QUESTION, PLEASE FILL IN BELOW THE PERCENTAGES OF NEGLIGENCE FOR MS. STANLEY AND MR. WIFA. THESE FIGURES MUST TOTAL ONE HUNDRED PERCENT (100%) AND MAY RANGE FROM 0% TO 100%. THEN PLEASE PROCEED TO READ <u>VERDICT RENDERED</u> SECTION BELOW TO DETERMINE WHAT VERDICT YOU HAVE RENDERED AND HOW TO PROCEED.

IF YOU HAVE ANSWERED "NO" TO THIS QUESTION, PLEASE <u>DO NOT</u> FILL IN BELOW THE PERCENTAGES OF NEGLIGENCE FOR MS. STANLEY AND MR. WIFA. PLEASE PROCEED TO READ <u>VERDICT RENDERED</u> SECTION BELOW TO DETERMINE WHAT VERDICT YOU HAVE RENDERED AND HOW TO PROCEED.

**PERCENTAGES OF NEGLIGENCE**

We, the jury, find:
1. Ms. Stanley's contributory negligence     _____%
2. Mr. Wifa's negligence                     _____%
(1 and 2 must total 100%)                    _____%
                                             TOTAL 100%

**VERDICT RENDERED**

IF YOU HAVE ANSWERED "YES" TO THE QUESTION FOR MR. WIFA AND HALLIBURTON'S AFFIRMATIVE DEFENSE OF COMPARATIVE NEGLIGENCE AND HAVE FOUND MS. STANLEY'S CONTRIBUTORY NEGLIGENCE WAS <u>GREATER THAN</u> THE NEGLIGENCE OF MR. WIFA, YOU HAVE RENDERED A VERDICT IN FAVOR OF MR. WIFA AND HALLIBURTON ON MS. STANLEY'S NEGLIGENCE CLAIM.  PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THIS VERDICT FORM BECAUSE YOUR DELIBERATIONS ARE COMPLETED.

IF YOU HAVE ANSWERED "YES" TO THE QUESTION FOR MR. WIFA AND HALLIBURTON'S AFFIRMATIVE DEFENSE OF COMPARATIVE NEGLIGENCE AND HAVE FOUND MS. STANLEY'S CONTRIBUTORY NEGLIGENCE <u>WAS EQUAL TO OR LESS THAN</u> THE NEGLIGENCE OF MR. WIFA, YOU HAVE RENDERED A VERDICT IN FAVOR OF MS. STANLEY ON HER NEGLIGENCE CLAIM.

IF YOU HAVE ANSWERED "NO" TO THE QUESTION FOR MR. WIFA AND HALLIBURTON'S AFFIRMATIVE DEFENSE OF COMPARATIVE NEGLIGENCE, YOU HAVE RENDERED A VERDICT IN FAVOR OF MS. STANLEY ON HER NEGLIGENCE CLAIM.

IF YOU HAVE RENDERED A VERDICT IN FAVOR OF MS. STANLEY ON HER NEGLIGLENCE CLAIM FOR EITHER OF THE TWO REASONS STATED ABOVE, PLEASE PROCEED TO AND ANSWER <u>PART E</u>.

<u>PART D</u>.  (**ANSWER THIS QUESTION <u>ONLY</u> IF YOU HAVE ANSWERED "YES" TO BOTH QUESTIONS IN <u>PART A</u> AND <u>PART B</u>.)

<u>MR. WIFA'S AND HALLIBURTON'S AFFIRMATIVE DEFENSES OF COMPARATIVE NEGLIGENCE ON MS. STANLEY'S NEGLIGENCE CLAIM AND NEGLIGENT ENTRUSTMENT CLAIM</u>

Having found plaintiff Tiana Stanley has proven each essential element of her negligence claim and her negligent entrustment claim, do you find that defendants Henry Wifa and Halliburton Energy Services, Inc. have proven that plaintiff was contributorily negligent in the operation of her automobile by the greater weight of the evidence?

Yes    ☑

No  ☐

IF YOU HAVE ANSWERED "YES" TO THIS QUESTION, PLEASE FILL IN BELOW THE PERCENTAGES OF NEGLIGENCE FOR MS. STANLEY, MR. WIFA AND HALLIBURTON.  THESE FIGURES MUST TOTAL ONE HUNDRED PERCENT (100%) AND MAY RANGE FROM 0% TO 100%.  THEN PLEASE READ THE <u>VERDICT RENDERED</u> SECTION TO DETERMINE WHAT VERDICT YOU HAVE RENDERED AND HOW TO PROCEED.

IF YOU HAVE ANSWERED "NO" TO THIS QUESTION, PLEASE <u>DO NOT</u> FILL IN THE PERCENTAGES OF NEGLIGENCE FOR MS. STANLEY, MR. WIFA AND HALLIBURTON.  PLEASE READ THE <u>VERDICT RENDERED</u> SECTION TO DETERMINE WHAT VERDICT YOU HAVE RENDERED AND HOW TO PROCEED.

## PERCENTAGES OF NEGLIGENCE

We, the jury, find:

1. Ms. Stanley's contributory negligence          15 %
2. Mr. Wifa's and Halliburton's negligence        85 %
   (1 and 2 must total 100%)                     100 %
                                               TOTAL 100%


## VERDICT RENDERED

IF YOU HAVE ANSWERED "YES" TO THE QUESTION FOR MR. WIFA'S AND HALLIBURTON'S AFFIRMATIVE DEFENSES OF COMPARATIVE NEGLIGENCE AND HAVE FOUND MS. STANLEY'S NEGLIGENCE WAS <u>GREATER</u> THAN THE TOTAL COMBINED NEGLIGENCE OF MR. WIFA AND HALLIBURTON, YOU HAVE RENDERED A VERDICT IN FAVOR OF MR. WIFA AND HALLIBURTON ON MS. STANLEY'S NEGLIGENCE CLAIM AND NEGLIGENT ENTRUSTMENT CLAIM. PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THIS VERDICT FORM BECAUSE YOUR DELIBERATIONS ARE COMPLETED.

IF YOU HAVE ANSWERED "YES" TO THE QUESTION FOR MR. WIFA'S AND HALLIBURTON'S AFFIRMATIVE DEFENSE OF COMPARATIVE NEGLIGENCE AND FOUND MS. STANLEY'S NEGLIGENCE WAS <u>EQUAL TO OR LESS THAN</u> THE TOTAL COMBINED NEGLIGENCE OF MR. WIFA AND HALLIBURTON, YOU HAVE RENDERED A VERDICT IN FAVOR OF MS. STANLEY ON HER NEGLIGENCE CLAIM AND HER NEGLIGENT ENTRUSTMENT CLAIM.

IF YOU HAVE ANSWERED "NO" TO THE QUESTION FOR MR. WIFA'S AND HALLIBURTON'S AFFIRMATIVE DEFENSE OF COMPARATIVE NEGLIGENCE, YOU HAVE RENDERED A VERDICT IN FAVOR OF MS. STANLEY ON HER NEGLIGENCE CLAIM AND HER NEGLIGENT ENTRUSTMENT CLAIM.

IF YOU HAVE RENDERED A VERDICT IN FAVOR OF MS. STANLEY ON HER NEGLIGLENCE CLAIM AND HER NEGLIGENT ENTRUSTMENT CLAIM FOR EITHER OF THE TWO REASONS STATED ABOVE, PLEASE PROCEED TO AND ANSWER **PART E**.

**PART E**.

**COMPENSATORY DAMAGES**

Having rendered a verdict in favor of plaintiff Tiana Stanley on her negligence claim or her negligent entrustment claim or both of her claims, we award plaintiff compensatory damages in the amount of

$ _875,000_ .

**DATE AND SIGNATURE**

_5/12/2023_
**DATED**

_[signature]_
**FOREPERSON**

22-0159P026 Verd Form REV 01.docx