# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIANA STANLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CIV-22-159-F |
| v. ) | |
| ) | |
| HENRY NENIEBARI WIFA, and ) | |
| HALLIBURTON ENERGY SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## JOURNAL ENTRY OF JUDGMENT

On May 9, 2023, this action came on for trial before the court and a jury, Stephen P. Friot, District Judge, presiding. Plaintiff, Tiana Stanley, was represented by G. Thorne Stallings, Jr. and Lysbeth L. George, and Defendants, Henry Neniebari Wifa and Halliburton Energy Services, were represented by Gerald P. Green, Hailey M. Hopper, and Charles A. Schreck.  The issues having been duly tried and the jury having duly rendered a comparative fault verdict on May 12, 2023 in favor of Plaintiff, Tiana Stanley, on the claims of negligence and negligent entrustment against Defendants, and the jury having found Plaintiff's percentage of fault to be fifteen percent (15%) and Defendants' percentage of fault to be eighty-five percent (85%.), and the jury having awarded Plaintiff the sum of $875,000.00, reduced by Plaintiff's apportionment of fault to $743,750.00,

**IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff, Tiana Stanley, and against Defendants, Henry Neniebari Wifa and Halliburton Energy Services, Inc., in the amount of $743,750.00, together with applicable interest and costs to be determined at a later date. This Journal Entry of Judgment constitutes a final judgment and appealable order in accordance with 28 U.S.C. § 1291.

Dated this 22nd day of May, 2023.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0159p028.rev.docx

Approved as to form and content by:

*s/ Lysbeth L. George*
Lysbeth George, OBA #30562
LIZ GEORGE AND ASSOCIATES
8101 S. Walker, Suite F
Oklahoma City, OK 73139
Telephone:  (405) 689-5502
Facsimile:  (405) 689-5502
Liz@georgelawok.com

And

G. THORNE STALLINGS, JR.
OBA #12000
STALLINGS LAW OFFICES
Blanchard Professional Building - Suite 3
1019 N. Council
P.O. Box 1370
Blanchard, Oklahoma 73010
Telephone: (405) 485-3444
Facsimile: (405) 485-3137
T.stallings@stallingsatty.com

***Attorneys for Plaintiff***


s/*Hailey M. Hopper*
Gerald P. Green, OBA #3563
Hailey M. Hopper, OBA # 31093
Charles A. Schreck, OBA #32863
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, OK 73126
Telephone: 405-235-1611
Facsimile : 405-235-2904
jgreen@piercecouch.com
hhopper@piercecouch.com
cschreck@piercecouch.com

***Attorneys for Defendants***